IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

VINCENT RUCKER,

        Plaintiff,

vs.

J. TRENT, et al.,

        Defendants.

No. C 13-0394 YGR (PR)

**JUDGMENT**

    This action is DISMISSED because it is duplicative of Plaintiff's prior prisoner action in Case No. C 11-4312 YGR (PR). A judgment of dismissal is entered. Plaintiff shall take nothing by way of his complaint. The Clerk of the Court shall terminate all pending motions and close the file.

    IT IS SO ORDERED.

DATED:   April 18, 2014

**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**

**United States District Court**
**For the Northern District of California**

P:\PRO-SE\YGR\CR.13\Rucker0394.jud.frm